49,602-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 0 2 2015

Abel Acosta, Clerk

11-30-15

Mr. Bennett,

My name is Frank McMarion, I am writing to request if I could receive a copy of the answer to the Writ of Mandamus that I filed on the Travis County District Clerk for NON-compliance of my 11.07 Writ of Habeas Corpus that I filed back in 2000. The last letter that I received from the Court of Criminal Appeals said that I could refile my 11.07 writ of Habeas Corpus due to NON-compliance from the District Clerk of Travis County. The Writ number is NO: 49,602-01. Thank you for your reply & assistance in this matter.

Sincerely

Mr. Frank McMarion

C.C.F. 11-29-15.

(Self addressed envelope inside)